UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL SMITH

      VS                                                    CASE NO.  3:15CV305-MCR/EMT

NATIONAL CREDIT ADJUSTERS

### DEFAULT

Upon Application of the Plaintiff in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the defendant, default is hereby entered against NATIONAL CREDIT ADJUSTERS on March 25, 2016.

                                                       JESSICA J LYUBLANOVITS
                                                       CLERK OF COURT

March 25, 2016                          /s/ Sylvia Williams
DATE                                       Deputy Clerk: Sylvia Williams